UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM HUBERT LLOYD BRANDSTATT,<br><br>    Plaintiff,<br><br>vs.<br><br>DR. ANTHONY ENENMOH, C.M.O, *et al.*,<br><br>    Defendants. | Case No. 1:13-cv-00434-RRB<br><br>**ORDER** |

At Docket 10 Plaintiff William Hubert Lloyd Brandstatt, a state prisoner appearing *pro se*, responded to this Court's Order at Docket 9 directing Brandstadtt to file a new motion to proceed *in forma pauperis*, including a certified copy of his prison trust account statement.  In his response Brandstadtt attaches a CDCR 22 "Inmate/Parolee Request for Interview, of Service" requesting a trust account statement. The Staff Response section to that request states: "Your certified statement has been forwarded to litigations and will be delivered to your counselor." Although it appears that Brandstadtt requested that the statement be sent to this Court, it is the policy of neither the California Department of Corrections and Rehabilitation or this Court that IFP documents be submitted by the institution to the Court. The response by CDCR states the form would be delivered to Brandstadtt's counselor, which clearly indicates that Brandstadtt is personally responsible for filing the statement. Furthermore, for proper processing by this Court, it is necessary

that documents filed with the Clerk be properly identified by a caption containing the names of the parties and the case number, information that in this case would not be available to the institution.

**IT IS THEREFORE ORDERED** that on or before **August 29, 2013,** Plaintiff must comply with the Order dated July 9, 2013.  **Failure to comply with this Order will result in dismissal of the Complaint**.

**IT IS SO ORDERED** this 18th day of July, 2013.

> S/ RALPH R. BEISTLINE
> UNITED STATES DISTRICT JUDGE

ORDER
*Brandstatt v. Enemoh*, 1:13-cv-00434-RRB - 2