UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM HUBERT LLOYD BRANDSTATT,<br><br>         Plaintiff,<br><br> vs.<br><br>DR. ANTHONY ENENMOH, C.M.O, *et al.*,<br><br>         Defendants. | Case No. 1:13-cv-00434-RRB<br><br>**ORDER GRANTING IFP STATUS** |

At Docket 12 Plaintiff William Hubert Lloyd Brandstatt, a state prisoner appearing *pro se*, responded to this Court's Order at Docket 11 directing Brandstadtt to file a certified copy of his prison trust account statement. In his response Brandstadtt attached a copy of his prison trust account statement.

**IT IS THEREFORE ORDERED** that Plaintiff's Motion to proceed *in forma pauperis* is **GRANTED**.

**IT IS FURTHER ORDERED THAT:**

1. The Director of the California Department of Corrections or his designee shall collect payments from plaintiff's prison trust account in an amount equal to twenty percent (20%) of the preceding month's income credited to the prisoner's trust account and shall forward those payments to the Clerk of the Court each time the amount in the account exceeds $10.00, in accordance with 28 U.S.C. § 1915(b)(2), until a total of $350.00 has

ORDER
*Brandstatt v. Enemoh*, 1:13-cv-00434-RRB - 1

been collected and forwarded to the Clerk of the Court. The payments must be clearly identified by the name and case number assigned to this action.

2.  The Clerk of the Court is directed to serve a copy of this order and a copy of plaintiff's in forma pauperis application (Docket 8) and Trust Fund Account Statement (Docket 12) on the Director of the California Department of Corrections, via the court's electronic case filing system (CM/ECF).

3.  The Clerk of Court is directed to serve a copy of this order on the Financial Department, U.S. District Court, Eastern District of California, Fresno Division.

**IT IS SO ORDERED** this 7th day of August, 2013.

S/ RALPH R. BEISTLINE
UNITED STATES DISTRICT JUDGE